

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-22-00148-CV

FEDERAL INVESTORS SERVICING CORPORATION AND FOREMOST COUNTY
MUTUAL INSURANCE COMPANY, APPELLANTS

V.

HAPPY STATE BANK, APPELLEE

On Appeal from the 47th District Court
Potter County, Texas
Trial Court No. 110,844-A-CV, Honorable Dan L. Schaap, Presiding

November 2, 2022

## ORDER OF ABATEMENT

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Pending before this Court is the parties' *Agreed Motion to Abate*, which requests that we abate the instant cause in light of a subsequent ruling by the trial court in the underlying cause from which this appeal was severed. The parties have represented to the Court that the legal issues in the subsequent ruling will be the same as those presented in the instant appeal. In an effort to promote judicial economy, the parties ask that we abate the instant cause so that, as the subsequent ruling is made final and appeal

is taken from that order, the two causes may be later consolidated and considered together.

To expedite the disposition of this appeal and in the interest of conservation of judicial resources, we grant said motion, abate the instant cause for ninety days, and stay further proceedings in the instant cause. The cause will be removed from this Court's active docket and treated as a suspended case. All appellate deadlines are hereby suspended until further order of this Court. *See* TEX. R. APP. P. 2, 43.6; *Mesa Water, L.P. v. Tex. Water Dev. Bd.*, No. 07-11-00153-CV, 2011 Tex. App. LEXIS 5311, at *2–3 (Tex. App.—Amarillo July 13, 2011, order) (per curiam). We do not yet pass on the issue of consolidation, as it remains premature. Any further relief associated with this appeal and any ensuing appeal from the subsequent order must be presented by motion to the Court and will be entertained upon reinstatement of the instant cause.

Further, the parties are directed to file, within thirty days of this order and each ensuing thirty days, a written report describing the procedural status of the underlying cause from which arose the severed final order underlying this appeal.

IT IS SO ORDERED.

Per Curiam